UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES SUBER,

                Plaintiff,

   v.

SNOHOMISH COUNTY JAIL et al.,

                Defendants.

Case No. C18-688 JCC-BAT

REPORT AND RECOMMENDATION

      Plaintiff James Suber is currently confined at the Washington Corrections Center at Monroe. On May 31, 2015, plaintiff submitted an application to proceed *in forma pauperis*, and a proposed § 1983 civil rights complaint naming as defendants Snohomish County Jail, Snohomish County Mental Health Staff, Taylor, and "Sergent Swooney." Dkt. 5 at 2. In his complaint, plaintiff alleges he was booked into the Snohomish County Jail on May 27, 2017; that he did not receive adequate mental health treatment at the jail; that at the jail he asked to speak with MHP Taylor in private about his mental health needs but his request was denied by defendants Sergeant Swooney, Sergeant Young and Captain Sytez. *Id* at 3.

      These are the same allegations plaintiff asserts in an earlier § 1983 civil rights complaint that is currently pending before this Court in *Suber v. Snohomish County Jail Staff*, 18-cv-484-JCC-MAT. In this earlier complaint, plaintiff also alleges he was booked into the Snohomish

REPORT AND RECOMMENDATION
PAGE - 1

County Jail on May 27, 2017; due to staff misconduct he was denied adequate mental health treatment, and that his request to discuss in private his mental health needs with MHP Taylor was denied by Sergeant Swooney, Sergeant Young and Captain Sytez.  *See* 18-484 JCC-MAT, Dkt. 12 at 4 (Amended Complaint).

Because plaintiff's claims have already been asserted in a pending action initiated before this instant action, the instant action is duplicative and should be terminated. *See Adams v. California Department of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007) ("Plaintiffs generally have no right to maintain two separate actions involving the same subject matter at the same time in the same court against the same defendant."). The Court accordingly recommends the instant action be terminated as duplicative of 18-cv-484-JCC-MAT, and the case be closed. A proposed Order accompanies this Report and Recommendation. Because the matter is being terminated and closed, no judgment is attached.

If plaintiff objects to this report and recommendation, he must file his objections, limited to eight pages, with the Clerk by **June 20, 2018**.  Failure to file objections within the specified time may affect your right to appeal. The Clerk shall note the matter for **June 22, 2018** as ready for the District Judge's consideration.

DATED this 6th day of June, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2