UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES SUBER,

    Plaintiff,

v.

SNOHOMISH COUNTY JAIL, *et al.*,

    Defendants.

Case No. C18-0688-JCC

ORDER

The Court, having reviewed the record, and the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, does hereby ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The Clerk is directed to CLOSE the case and terminate the matter;

(3) The Clerk of Court is directed to send copies of this order to Plaintiff.

DATED this 9th day of July 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0688-JCC
PAGE - 1

ORDER
C18-0688-JCC
PAGE - 2